IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH MALDONADO,<br>　　Petitioner<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>　　Respondent | No. 1:16-cr-284-1<br><br>(Judge Kane) |

# ORDER

**AND NOW**, on this 28th day of January 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 57) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the corresponding civil action opened at 1:18-cv-2082.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
